UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **EDCV 15-813-MWF(AGRx)**                           Dated: **June 15, 2015**

Title:     Mindy Leyde -v- Wells Fargo Bank, National Association, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Julieta Lozano                                   None Present
Courtroom Deputy                                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                     None Present

PROCEEDINGS (IN CHAMBERS):         COURT ORDER

In light of the Notice of Settlement filed June 12, 2015, the Court sets a hearing on Order To Show Cause Re Dismissal for **Monday, July 13, 2015 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other dates are hereby vacated.

IT IS SO ORDERED.

MINUTES FORM 90                                  Initials of Deputy Clerk __jloz__
CIVIL - GEN

-1-